# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

☒ Under Seal

**Place of Offense:**
- City:
- County: Alexandria

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.: 20-mj-84
Search Warrant Case No.:

**Judge Assigned:**
**Criminal No.**
New Defendant: X
**Arraignment Date:**
R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** John Cameron Denton
- **Alias(es):** Rape, Death, Tormentor
- ☐ Juvenile  FBI No.
- **Address:** Texas
- **Employment:** Unemployed
- **Birth Date:** 1993
- **SSN:**
- **Sex:** Male
- **Race:** White
- **Nationality:** US
- **Place of Birth:** Texas
- **Height:** 5'8"
- **Weight:** 125
- **Hair:** Brown
- **Eyes:** Blue
- **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**
- **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of: ___ in: ___
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☒ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:**
- ☐ Court Appointed
- **Counsel Conflicts:**
- **Address:**
- ☐ Retained
- **Phone:**
- ☐ Public Defender
- ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Carina A. Cuellar
- **Phone:** 703-299-3800
- **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

FBI SA Jonathan M. Lund

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 371 | Consp against the United States | 1 | Felony |
| Set 2: | | | | |

**Date:** 2/24/2020  **AUSA Signature:** [signature]  *may be continued on reverse*