IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN CAMERON DENTON,<br>    a/k/a "Rape"<br>    a/k/a "Death"<br>    a/k/a "Tormentor"<br><br>Defendant. | Case No. 1:20-mj-84 |

### GOVERNMENT'S MOTION TO UNSEAL
### CRIMINAL COMPLAINT AND ARREST WARRANT

The United States, by and through undersigned counsel, asks this Honorable Court for entry of an order unsealing the criminal complaint, affidavit in support of the criminal complaint, the Motion to Seal, the Order to Seal, and any other documents filed in connection with this matter. Public disclosure of the documents filed under seal will no longer jeopardize a pending criminal investigation. A proposed order is submitted herewith for the convenience of the Court.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Carina A. Cuellar
Assistant United States Attorney