

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN CAMERON DENTON,<br>    a/k/a "Rape"<br>    a/k/a "Death"<br>    a/k/a "Tormentor"<br><br>Defendant. | Case No. 1:20-mj-84 |

## ORDER

This matter having come before the Court on the United States' motion to unseal documents filed in this matter, and the Court having concluded that the United States has shown good cause therefor, it is hereby

ORDERED that the criminal complaint, affidavit in support of the criminal complaint, the Motion to Seal, the Order to Seal, and any other documents filed in connection with this matter be unsealed.

/s/
**Ivan D. Davis**
**United States Magistrate Judge**

Date: 26 Feb 20
Alexandria, Virginia