AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-mj-84 |
| John Cameron Denton | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Cameron Denton                                                                                                     .

Date:      03/06/2020

/s/ Andrew M. Stewart
*Attorney's signature*

Andrew M. Stewart VSB#68683
*Printed name and bar number*
Dennis Stewart & Krischer PLLC
2007 15th Street North, Suite 201
Arlington, Virginia 22201

*Address*

andrew.m.stewart.esq@gmail.com
*E-mail address*

703-248-0626
*Telephone number*

703-248-8971
*FAX number*