AO 442 (Rev. 01/09) Arrest Warrant

11092612

**FILED**
MAR 10 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JOHN CAMERON DENTON<br>a/k/a "Rape"<br>a/k/a "Death"<br>a/k/a "Tormentor"<br>*Defendant* | )<br>)<br>)  Case No. 1:20-mj- 84<br>)<br>)<br>) |

RECEIVED UNITED STATES MARSHAL
2020 FEB 26 PM 12:31
EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOHN CAMERON DENTON a/k/a "Rape" a/k/a "Death"  a/k/a "Tormentor"                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to commit an offense against the United States, that is, to transmit in interstate commerce communications containing threats to injure the person of another, in violation of Title 18, United States Code, Section 371.

Date: 02/25/2020

/s/
Ivan D. Davis
*Issuing officer's signature*
United States Magistrate Judge

City and state:   Alexandria, VA                         Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*   2/26/2020   , and the person was arrested on *(date)*   2/26/2020
at *(city and state)*   Houston, TX   .

Date:   2/26/2020

[signature] DUSM
*Arresting officer's signature*

R.S. Wilhite DUSM
*Printed name and title*

Administratively Executed for FBI