UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

-VS-

John Denton

HEARING: PH/DH CASE #: 20mJ84
DATE: 3/13/20 TIME: 2:00 pm
TYPE: FTR RECORDER  DEPUTY CLERK: T. FITZGERALD

COUNSEL FOR THE UNITED STATES: C. Cuellar

COUNSEL FOR THE DEFENDANT: A. Stewart

INTERPRETER: _____ LANGUAGE: _____

( X ) DEFENDANT APPEARED: ( X ) WITH COUNSEL    (   ) WITHOUT COUNSEL

(   ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(   ) COURT TO APPOINT COUNSEL _____ (   ) DFT. TO RETAIN COUNSEL

(   ) GVT. CALL WITNESS & ADDUCES EVIDENCE

(   ) EXHBIT # _____ ADMITTED

( X ) PROBABLE CAUSE: FOUND ( X ) / NOT FOUND (   )

( X ) PRELIMINARY HEARING WAIVED

( X ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION (   ) COURT FINDS DFT. IN VIOLATION

MINUTES: USA seeks detention; Deft argues for Bond w/conditions- DENIED.

CONDITIONS OF RELEASE:
($        ) UNSECURED ($        ) SECURED (   ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH
TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS w/o Bond pending trial.
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: _____ at _____ Before _____
(   ) DH (   ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV (   ) SRV (   ) R5 (   ) ARR