# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No: 1:20-mj-84(TCB)** |
| ) | |
| **JOHN CAMERON DENTON** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF HEARING

Please place Mr. Denton's Motion to Revoke Detention Order on the docket for April 10, 2020, at 9:00 a.m. If that date is not available, then the next available Friday motions date.

Respectfully submitted,
John Cameron Denton

By: /s/ *Andrew M. Stewart*      .
ANDREW M. STEWART, ESQ.
Virginia State Bar No. 68683
Attorney for the Defendant
2007 15th Street North, Suite 201
Arlington, VA 22201
Phone: 703-248-0626
Fax: 703-248-8971
andrew.m.stewart.esq@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of April, 2020, I electronically filed the foregoing motion with the clerk of the court using the CM/ECF system, which will send an electronic copy to the following:

Carina Cuellar
Assistant United States Attorney
U.S. Attorney's Office, Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

      By: /s/ *Andrew M. Stewart* .
      ANDREW M. STEWART, ESQ.
      Virginia State Bar No. 68683
      Attorney for the Defendant
      2007 15th Street North, Suite 201
      Arlington, VA 22201
      Phone: 703-248-0626
      Fax: 703-248-8971
      andrew.m.stewart.esq@gmail.com