# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )   )  | |
| v. ) | Case No: 1:20-mj-84(TCB) |
| ) | |
| JOHN CAMERON DENTON ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, John Cameron Denton, by counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 9th day of April 2020 (docket no. 25).

    Respectfully submitted,
    John Cameron Denton

    By: /s/ *Andrew M. Stewart* .
    ANDREW M. STEWART, ESQ.
    Virginia State Bar No. 68683
    Attorney for the Defendant
    2007 15th Street North, Suite 201
    Arlington, VA 22201
    Phone: 703-248-0626
    Fax: 703-248-8971
    andrew.m.stewart.esq@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of April, 2020, I electronically filed the foregoing motion with the clerk of the court using the CM/ECF system, which will send an electronic copy to the following:

Carina Cuellar
Assistant United States Attorney
U.S. Attorney's Office, Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

      By: /s/ *Andrew M. Stewart* .
ANDREW M. STEWART, ESQ.
Virginia State Bar No. 68683
Attorney for the Defendant
2007 15th Street North, Suite 201
Arlington, VA 22201
Phone: 703-248-0626
Fax: 703-248-8971
andrew.m.stewart.esq@gmail.com