FILED: April 27, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4270
(1:20-mj-00084-TCB-LO-1)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JOHN CAMERON DENTON, a/k/a Rape, a/k/a Death, a/k/a Tormentor

        Defendant - Appellant

_____

O R D E R

_____

Upon review of memoranda relative to this bail appeal, the court affirms the district court's order regarding release.

Entered at the direction of Judge Wilkinson with the concurrence of Judge Keenan and Senior Judge Shedd.

                               For the Court

                               /s/ Patricia S. Connor, Clerk